*S. Thomas Memory, solicitor,* contra.

---

## 17386.　OLIVER *v.* THE STATE.

The conviction was authorized by the evidence.

DECIDED JULY 13, 1926.

Selling intoxicating liquor; from Toombs superior court—Judge Hardeman. March 23, 1926.

*Corbitt & Pope,* for plaintiff in error.

*Walter F. Grey, solicitor-general, G. W. Lankford,* contra.

LUKE, J. Oliver was convicted of violating the prohibition statute, and his case is here upon the ground that the evidence did not authorize his conviction. The evidence amply authorized the defendant's conviction, which has the approval of the trial judge. The motion for a new trial was properly overruled.

　　　*Judgment affirmed.* *Broyles, C. J., and Bloodworth, J., concur.*

---

Criminal Law, 17 C. J. p. 271, n. 41.